**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 02-cv-1607-REB-OES

CAROLINE SUE WEEAMS,

    Plaintiff,

v.

AMERIKING CORPORATION,

    Defendant.

---

## ORDER LIFTING STAY

**Blackburn, J.**

The matter is before me on plaintiff's **Status Report** [#27], filed on December 2, 2005. After careful review of the status report and the file, the court has concluded that the request contained in the prayer for relief should be granted and that the stay in this matter should be lifted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the stay imposed in the court's minute order [#20], filed March 1, 2004, is **LIFTED**; and

2. That this is matter shall be set for a scheduling conference as soon as practicable before Magistrate Judge O. Edward Schlatter.

Dated December 6, 2005, at Denver, Colorado.

                                    BY THE COURT:

                                    s/ Robert E. Blackburn
                                    Robert E. Blackburn
                                    United States District Judge