IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 02-cv-01607-CBS-OES

CAROLINE SUE WEEAMS,
        Plaintiff,

v.

AMERIKING CORPORATION,
        Defendant.
_____

ORDER AND
ORDER OF REFERENCE
_____

This civil action comes before the court on several matters:


I.      Consent to Proceed by Magistrate Judge

On February 1, 2006, the above-captioned case was referred to Magistrate

Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a

final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C.

COLO. LCivR 72.2.  All previously scheduled matters will now be handled by

Magistrate Judge Shaffer at the Alfred A. Arraj United States Courthouse, Courtroom A-

402, 4th Floor, 901 Nineteenth St., Denver, Colorado 80294.  Magistrate Judge

Shaffer's chambers telephone number is (303) 844-2117.   All future filings in this case

shall be filed in the United States District Court for the District of Colorado under the

caption **Civil Action No. 02-cv-01607-CBS-OES**.

1

II.     Order of Reference

The August 21, 2002 Order of Reference to United States Magistrate Judge (doc. # 3) is hereby VACATED.  This matter is now referred to United States Magistrate Judge O. Edward Schlatter *for settlement purposes only*, to convene such settlement conferences and direct related proceedings as may facilitate resolution of this case.  A settlement conference is currently set on Magistrate Judge Schlatter's calendar on June 27, 2006 at 1:30 p.m.

III.    Further Proceedings

A.      The deadlines and settings set forth in the Scheduling Order dated January 31, 2006 (doc. # 32) remain unchanged.

B.      A Status Conference shall be held by Magistrate Judge Shaffer on **Monday, March 13, 2006 at 10:00 a.m.**  Parties and counsel are advised that a trial date may be scheduled.

DATED at Denver, Colorado, this 2nd day of February, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge

2