IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 02-cv-01607-CBS-OES (MEH)

CAROLINE SUE WEEAMS,

    Plaintiff,

v.

AMERIKING CORPORATION,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    Pending before the court is a Motion to Withdraw filed by Kevin J. Kuhn (filed February 8, 2006; *doc. no. 39*).  It is hereby **ORDERED** that the instant motion is **GRANTED.**

    Attorney Kevin J. Kuhn is relieved of any further representation of *Defendant* in the above captioned matter.  The Clerk's Office is instructed to remove Mr. Kuhn from the electronic certificate of mailing.

**DATED:**    February 8, 2006