**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 02-cv-01607-CBS-MEH

CAROLINE SUE WEEAMS,

    Plaintiff,

v.

AMERIKING, INC.,
NATIONAL RESTAURANT HOLDINGS, INC.,
NATIONAL RESTAURANT ENTERPRISES, INC.
D/B/A AMERIKING CORPORATION AND
AMERIKING COLORADO CORPORATION I,

    Defendants.

---

**ORDER**

---

THIS MATTER having come before the Court on Plaintiff's Unopposed Motion to Modify the Scheduling Order (*doc. no. 51*). The court, having reviewed the pleadings and being fully advised hereby GRANTS the instant motion and amends the scheduling order as follows:

    **DISCOVERY CUT-OFF**: the deadline for discovery shall be October 28, 2006.

    **DISPOSITIVE MOTION DEADLINE**: December 3, 2006.

    **EXPERT WITNESS DISCLOSURES:**

        The parties shall designate all experts and provide opposing counsel and any *pro se* party with all information specified in FED. R. CIV. P. 26(a)(2) on or before August 28, 2006.

The parties shall designate all rebuttal experts and provide opposing counsel and any *pro se* party with all information specified in FED. R. CIV. P. 26(a)(2) on or before September 28, 2006.

IT IS FURTHER ORDERED that the final pretrial conference set for December 4, 2006, is **VACATED** and **RESET** to **February 15, 2007, at 10:00 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Parties are directed to submit a proposed final pretrial order no later than five (5) days prior to the conference.