IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 02-cv-01607-CBS-MEH

CAROLINE SUE WEEAMS,
    Plaintiff,
v.

AMERIKING, INC.,
AMERIKING CORPORATION I, and
NATIONAL RESTAURANT ENTERPRISES, INC. d/b/a AMERIKING CORPORATION,
    Defendants.
_____

DISMISSAL ORDER
_____

This civil action comes before the court on the parties' Stipulated Motion for Dismissal with Prejudice (filed January 8, 2007) (doc. # 71). The court now being sufficiently advised in the premises,

IT IS ORDERED that the parties' Stipulated Motion for Dismissal with Prejudice (filed January 8, 2007) (doc. # 71) is approved, this civil action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), and each party shall bear his, her, or its own attorney fees and costs.

DATED at Denver, Colorado, this 9th day of January, 2007.

BY THE COURT:


    s/Craig B. Shaffer

United States Magistrate Judge